## UNITED STATES of America, Plaintiff–Appellee,

### v.

## James Lamont JOHNSON, Defendant–Appellant.

### No. 01–6888.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 25, 2001.

James Lamont Johnson, pro se. Paul Alexander Weinman, Assistant United States Attorney, Greensboro, NC, for appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

James Lamont Johnson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Johnson,* No. CR–98–137 (M.D.N.C. Mar. 30, 2001). We grant Johnson's motion to file supplemental material. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*